**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-26033-BLOOM**

CLIVEDALE VENTURES LIMITED,
CLIVEDALE OVERSEAS LIMITED,
PAPISS LIMITED, and IPMT LIMITED,

Plaintiffs,

v.

H.I.G. CAPITAL LLC, SAMI
MNEYMNEH, TONY TAMER, RICK
ROSEN, and BRIAN SCHWARTZ,

Defendants.
_________________________/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR A**
**<u>REPORT AND RECOMMENDATIONS</u>**

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Objections to Petition of Clivedale Ventures, Limited, Clivedale Overseas Limited, Papiss Limited, and IPIT Limited for Judicial Assistance in Aid of Foreign Proceedings, ECF No. [29], is **REFERRED** to Magistrate Judge Marty Fulgueira Elfenbein for a Report and Recommendations.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 25, 2026.

_________________________________
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record